Case No.  CV 19-00300-JLS (MRW)                               Date:  June 19, 2019
Title: Orlando Garcia v. Workman Building, LLC et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                       N/A
    Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                       Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") and ORDER CONTINUING SCHEDULING CONFERENCE**

     On May 1, 2019, the Court set a scheduling conference for June 21, 2019, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference."  (Doc. 24 ¶ 1.)  The parties failed to comply with the Court's Order.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.  Monetary sanctions for failure to obey a Court order may be imposed pursuant to the Court's inherent power.

     On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f) Report.  **No later than July 5, 2019**, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

     The Court CONTINUES the June 21, 2019 Scheduling Conference to July 19, 2019 at 10:30 a.m.

    **IT IS SO ORDERED.**

                                                              Initials of Preparer:    tg